UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

LARRY LEE POLK,

    Plaintiff,

v.

    Case Number 00-CV-10218-BC
    Honorable David M. Lawson

CRAIG TUER and
PATRICK SHARKEY,

    Defendants.
_____/

### ORDER OF REFERENCE

Pursuant to the discussion and agreement of the parties, it is **ORDERED** that this case is **REFERRED** to United States Magistrate Judge Virginia M. Morgan pursuant to 28 U.S.C. § 636(b)(3) for a settlement conference on **Wednesday, May 8, 2002 at 10:00 A.M.** The parties are directed to appear in person with the clients or decision makers also in person at Room 651, Theodore Levin United States Courthouse, Detroit, Michigan.

It is further **ORDERED** that the parties shall provide Magistrate Judge Virginia M. Morgan with a brief summary of their case not to exceed one page on or before **May 6, 2002**. The summary may be faxed directly to Magistrate Judge Morgan's chambers at (313) 234-5496.

DAVID M. LAWSON
United States District Judge

Dated: April 25, 2002

Copies sent to:
Ernest L. Jarrett, Esquire
Mark S. Meadows, Esquire
Magistrate Judge Virginia M. Morgan